UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| REESE MICHAEL JUDE TASSIN, SR. | ) | *Filed Electronically* |
| | ) | **CASE NO. 3:19-cv-00064-RGJ-RSE** |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| BNK TRANSPORT INC. and | ) | |
| DAVID TURKI-MATTI TOMENA | ) | |
| | ) | |
| DEFENDANTS | ) | |
| | ) | |

## NOTICE OF SETTLEMENT

Come the Defendants, BNK Transport Inc. and David Turki-Matti Tomena, by counsel, and hereby state that all claims that have been and could have been asserted by the Plaintiff, Reese Michael Jude Tassin, Sr., against the Defendants, BNK Transport Inc. and David Turki-Matti Tomena, have been settled. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and will tender a proposed dismissal Order in the near future.

    Respectfully submitted,

    WALTERS RICHARDSON, PLLC

    ***/s/ Joshua J. Leckrone***

    Joshua J. Leckrone
    Elizabeth M. Bass
    920 Lily Creek Road, Suite 102
    Louisville, KY 40243
    Telephone:    502-785-9090
    Facsimile:    502-742-0326
    Email:    Josh@WaltersRichardson.com
                  Elizabeth@WaltersRichardson.com
    COUNSEL FOR DEFENDANTS

2

## **CERTIFICATE OF SERVICE**

On March 10, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

| | |
|---|---|
| Timothy D. Lange | Graham J. Rees |
| The Lange Firm, PLLC | Charbonnet Law Firm |
| 9418 Norton Commons Boulevard #200 | 501 Clearview Parkway |
| Prospect, Kentucky 40059 | Metairie, LA 70001 |
| tlange@timlange.com | graham@charbonnetlawfirm.com |
| paralegal@timlange.com | *Co-Counsel for Plaintiff* |
| *Counsel for Plaintiff* | |

*/s/ Joshua J. Leckrone*

COUNSEL FOR DEFENDANTS

7202.006152C:\NRPortbl\Golden_and_Walters\MAEVE\1444765_1.docx