UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| REESE MICHAEL JUDE TASSIN, SR. ) | *Filed Electronically* |
| ) | CASE NO. 3:19-cv-00064-RGJ-RSE |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | |
| ) | |
| BNK TRANSPORT INC. and ) | |
| DAVID TURKI-MATTI TOMENA ) | |
| ) | |
| DEFENDANTS ) | |
| ) | |

**AGREED ORDER OF DISMISSAL**

Plaintiff, Reese Michael Jude Tassin, Sr., having informed the Court that he has resolved his claim against Defendants, BNK Transport, Inc. and David Turki-Matti Tomena, and the Court hereby acknowledging the same and being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that all claims that have been asserted by Plaintiff, Reese Michael Jude Tassin, Sr., against Defendants, BNK Transport, Inc. and David Turki-Matti Tomena, and all claims that could have been asserted by Plaintiff, Reese Michael Jude Tassin, Sr., against Defendants, BNK Transport, Inc. and David Turki-Matti Tomena, are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

This is a final and appealable order and there is no just cause for delay.

SO ORDERED this the 4th day of February 2021.

HAVE SEEN:
AGREED TO BE ENTERED:

_____
Timothy D. Lange
Graham J. Rees
*Counsel for Plaintiff*

*/s/ Joshua J. Leckrone*

Joshua J. Leckrone
Elizabeth M. Bass
*Counsel for Defendants*

7202.006152C:\NRPortbl\Golden_and_Walters\MAEVE\1417508_1.docx